# ATTACHMENT 1

| Case # | Open Date | Date Assigned | Close Date | Type Case | Inspector | Investigating Agency |
|---|---|---|---|---|---|---|
| 09-0219 | 4/13/2009 | 6/25/2009 | 1/11/2013 | Criminal | Fang | OIG |

| Date Sent to OIG | Date Received from OIG | OIG Case Number | Date Sent to CRD | Date Received from CRD |
|---|---|---|---|---|
| 4/13/2009 | 4/16/2009 | 2009004792 | | |

| Last Name | First Name | Middle Name | Position | Prior Cases |
|---|---|---|---|---|
| King | Willard | | DUSM | 07-0306, 07-0357, 08-0199, 09-0059 |

| District/Division | SSN | EOD | DOB | Noteworthy? |
|---|---|---|---|---|
| DC/SC | | 4/20/2003 | 2/9/1971 | ☐ |

| Allegation | Allegations Detail |
|---|---|
| Theft or Fraud of Government Property | Excessive overtime |
| Conduct Unbecoming - On-Duty | |
| Allegation | Allegation |

| Complainant | Private Citizen/Title | Anger Management Issue | Case Link |
|---|---|---|---|
| Griscavage, Stan | USMS Management | ☐ | s:\oia\case_years\2009\09-0219.pdf |

| Date Sent to DM | Discretionary Closure? | Disposition | Initial Case Information |
|---|---|---|---|
| 1/11/2013 | ☐ | | s:\oia\documents\Initial Case Infor |

| OIG Report Required? | Report sent? | Date Report Sent | Disposition Date | Disposition Link | Destroyed: |
|---|---|---|---|---|---|
| ☐ | ☐ | | | | |

| AD/DD Letters | MEMO |
|---|---|

During an investigation of overtime hours billed in DC/SC, the overtime hours billed by DUSM Willard King were deemed to be potentially excessive in FY 2007, FY 2008 and FY 2009 to date. NOTE: Case transferred from Barker to Honaker on 4/25/11. Case transferred from Honaker to Todd on January 23, 2012. Case transferred from Todd to Fang on July 31, 2012.



## CASE SUMMARY

| Case Number: 09-0219 | | Date Complaint Received: 04/13/2009 | |
|---|---|---|---|
| Date Complaint Occurred: 2007-2009 | | Date Retained By DOJ/OIG: 04/16/2009 | |
| **SUBJECT:** King, Willard | **EOD:** 04/20/2003 | **TITLE:** DUSM | **DISTRICT:** DC/SC |
| **ALLEGATION(S):** Theft or Fraud of Government Property, Violation of the Code of Professional Responsibility, Conduct Unbecoming-On Duty | | | |
| **COMPLAINANT(S):** Stanley E. Griscavage, Jr. | | | |
| **ADDRESS:** Washington, D.C. | | | |
| **INVESTIGATED BY:** USDOJ OIG | | | |

## Allegation

During a review of District of Columbia, Superior Court overtime hours, the overtime hours billed by Deputy United States Marshal Willard King were deemed to be potentially excessive in FY 2007, FY 2008 and FY 2009.

## Synopsis

The United States Department of Justice (USDOJ) Office of the Inspector General (OIG) conducted an investigation in this matter. The OIG Report of Investigation Synopsis is attached.

This case will be referred to Discipline Management for review and adjudication.

**U.S. Department of Justice**

Office of the Inspector General

# REPORT OF INVESTIGATION

| SUBJECTS | CASE NUMBER |
|---|---|
| Kelvin Barnes, et al (XXX-XX-1240)<br>Deputy United States Marshal (DUSM) (GS-11)<br>United States Marshals Service<br>Superior Court<br>Washington, DC | 2010-003034 |

| OFFICE CONDUCTING INVESTIGATION | DOJ COMPONENT |
|---|---|
| Washington Field Office | United States Marshals Service |

**DISTRIBUTION**

|X| Field Office WFO

|X| AIGINV HQ

|X| Component USMS

|| Other

|| Other

**STATUS**

|| OPEN    || OPEN PENDING PROSECUTION    [x] CLOSED

PREVIOUS REPORT SUBMITTED:    || YES  [X] NO

Date of Previous Report:

## SYNOPSIS

This OIG investigation was predicated on receipt of information from the United States Marshals Service (USMS) Office of Internal Investigations (OII) that Supervisory Deputy United States Marshal (SDUSM) Tam Wyatt alleged Deputy United States Marshals (DUSM) Kelvin Barnes and Willard King submitted time and attendance (T&A) documents claiming unworked hours of overtime in the cellblock at Superior Court. Wyatt further alleged that Barnes and King attempted to have her sign the fraudulent T&A documents when she was not the supervisor on duty during the hours claimed. The OIG conducted a review of overtime hours claimed by Barnes, King, and other USMS personnel assigned to Superior Court.

The review of T&A documents revealed that Barnes earned $141,710.90 for 3286 hours of overtime during Fiscal Years (FY) 2009 and 2010. Barnes' compensation equaled approximately 3.4% of the total amount of overtime paid during this period to approximately 295 employees assigned to Superior Court. King earned $107,472.89 for approximately 2536 hours of overtime claimed during this same period, which was approximately 2.5% of the total amount of overtime paid to approximately 295 employees assigned to Superior Court during this period.

The OIG initiated electronic tracking of Barnes and King utilizing Global Positioning System (GPS) devices. Pursuant to a Court Order issued in the United States District Court of Maryland, the OIG installed GPS devices on the government vehicles (GOV) assigned to Barnes and King. The OIG

| DATE October 11, 2012 | SIGNATURE | |
|---|---|---|
| PREPARED BY SPECIAL AGENT | Kai J. Munshi | |
| DATE 10/12/12 | SIGNATURE | |
| APPROVED BY SPECIAL AGENT IN CHARGE | Gene E. Morrison | |

# LIST OF EXHIBITS

1. Predicating material, dated March 12, 2008, Initiative Case Number 2009-008466.

2. Memorandum of Investigation (MOI) dated September 28, 2009, Installation of GPS Tracking Devices, and attachment.

3. MOI dated September 30, 2009, MOI Return of Subpoena from Verizon Wireless, and attachments.

4. MOI dated January 15, 2010, OIG Subpoena to Sprint/Nextel, and attachment.

5. Predicating Material, dated February 1, 2010, Case Number 2010-003034

6. MOI dated January 22, 2010, OIG Receipt of Emails from Tam Wyatt, and attachments.

7. MOI dated January 25, 2010, Telephonic Interview of Tam Wyatt.

8. MOI dated February 18, 2010, Seizure of USMS Documents

9. MOI dated February 26, 2010, USMS Policy on Scheduling and Payment of Overtime, and attachments.

10. MOI dated March 2, 2010, Telephonic Interview of DUSM Jacqueline Hargrove.

11. MOI dated March 3, 2010, Telephonic Interview of DUSM Valleri Nazaire.

12. MOI dated March 9, 2010, Interview of SDEO Howard Williams, and attachments.

13. MOI dated March 16, 2010, Kelvin Barnes Interview Transcript, and attachments.

14. MOI dated March 25, 2010, Transcript of Antonio Gause Interview, and attachment.

15. MOI dated July 14, 2010, D.C. Superior Court Overtime Payments, and attachment.

16. MOI dated October 20, 2010, Interview of Matthew Greenlee, and attachments.

17. MOI dated October 20, 2010, Interview of William O'Shaughnessy, and attachments.

18. MOI dated November 1, 2010, USMS Management Controls for T&A Attendance Reporting, and attachment.

19. MOI dated November 5, 2010, Telephonic Interview of Paul Zitsch, and attachment.

20. MOI dated November 5, 2010 Interview of Ronald Bolls, and attachments.

Case Number: 2010-003034

Date: October 11, 2012



# OIG

# EXHIBIT 1





# Limited Official Use

## Law Enforcement Sensitive

**This information is the property of the U.S. Marshals Service and** may be distributed to persons in your agency who have a need-to-know of the sensitive information contained in the attachment in order to perform an identifiable and authorized government function. Further distribution without the U.S. Marshals authorization is prohibited. This information must be stored in an approved locked cabinet when unattended and must be destroyed by a GSA approved shredder.

Form USM-5 Rev. 08/2005



**United States Marshals Service**
Office of Inspection
Washington, DC 20350-1000

**202-307-9155**
**202-307-9268 (fax)**

# MEMORANDUM

Date:      March 12, 2008

From:      Stanley E. Griscavage, Jr.
           Chief Inspector
           Office of Internal Investigations

To:        Gene Morrison
           Special Agent in Charge
           Office of the Inspector General
           Washington Field Office

Subject:   Kelvin Barnes, DUSM          Willard King, DUSM
           District of Columbia, Superior Court


The attached allegation is being forwarded for your review. Please advise my
office of the appropriate action. There are 11 pages excluding the cover sheet.
Please call me at 202-307-9155 if you have any questions.

**DUSMs Kelvin Barnes and Willard King were submitting USM-7's (time and
attendance sheets) with hours worked that did not match the district sign-in
sheets for the cellblock attendance.**

☞ CONFIDENTIALITY NOTICE: The document(s) accompanying this fax transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited. If you received this in error, please notify us by telephone immediately to arrange for return of the original document.

**Duncan, Sharon (USMS)**

| | |
|---|---|
| **From:** | Wyatt, Tam (USMS) |
| **Sent:** | Thursday, March 06, 2008 1:47 PM |
| **To:** | Duncan, Sharon (USMS) |
| **Subject:** | allegations of attempted fraud |

Sharon;

Per our conversation, the following information is being provided to you:

On January 29, 2008, Deputy Kelvin Barnes reported to the cellblock, for A.M. overtime at approximately 7:30 A.M.  He was seen arriving by SDUSM Wyatt who was sitting in the "bubble"; which is the secure operations room in the cellblock.  SDUSM Wyatt asked DIC Tom Pellicane and ASDEO Otto Starks (temp. for SDEO Williams) if anyone had called in prior to 6:30 A.M. SDUSM Wyatt was advised that no one had called in for sick, annual leave, or to advise that they would be late for work.  SDUSM Wyatt had sent out instructions to all Deputies in SC/DC to contact an A.M. Supervisor, on January 9th and 24th via e-mail.

DUSM Barnes was not on the cellblock sign in sheet for 1/29/08.  SDUSM Wyatt observed the sign in sheet for court support in the DUSM's squad room.  DUSM Barnes had signed in at court support at 6:30 A.M. on 1/29/08.  The only OT in the morning at SC/DC is A.M. cellblock.

SDUSM Wyatt advised ACDUSM's Murray and Petchel in the "Big room" (main office at SC/DC) that she did not know who had been approving DUSM's Barnes and King's A.M. overtime on their USM-7's.  ACDUSM Petchel advised me to check their time sheets.  Upon viewing them, SDUSM Wyatt determined that SDUSM Hedgepeth was approving DUSM Barnes, and SDUSM Graham was signing DUSM Kings.  SDUSM Wyatt spoke to SDUSM Hedgepeth and advised him not to sign DUSM Barnes USM-7, unless he wanted to be involved in an IA investigation.  SDUSM Wyatt also advised other SDUSM's not to sign DUSM Barnes USM-7.

On February 5, 2008, DUSM Barnes submitted, for the first time, his USM-7 for approval of A.M. overtime to SDUSM Wyatt.  DUSM Barnes submitted his hours worked on 1/29/08 as 8:30 A.M. to 8:00 P.M.  SDUSM Wyatt has documentation to support her statement if needed.  Thank you for your attention to this matter.

Tam M. Wyatt
Supervisory Deputy U.S. Marshal
Superior Court
Washington, DC
(202)616-8555 (O)
(571)259-9674 (C)

# OIG
# EXHIBIT 5

Received By: MCCASKILL, JOHN J          Date Received:   02/01/2010     How Received:  I

SUBJECT: BARNES, KELVIN F                            Key: 133142    SSNO:
Title: DUSM                          Pay Plan: GS-00082-11            D.O.B.: 11/03/1960
Component: USM                       EOD Date: 08/11/2002        Alien No.:
Misc:                                                           F.B.I.No.:
Home:                                                           B.O.P.No.:
Phone: () -                          ZIP:                       D/L No.:
Work:  ,                                                            Offenses: 003
Phone:                               ZIP:

SUBJECT: KING, WILLARD THOMAS                        Key: 171601    SSNO:
Title: SA                            Pay Plan: GL-01811-09            D.O.B.: 02/09/1971
Component: USM                       EOD Date: 04/20/2003        Alien No.:
Misc:                                                           F.B.I.No.:
Home:                                                           B.O.P.No.:
Phone:                               ZIP:                       D/L No.:
Work:                                                               Offenses: 003
Phone:                               ZIP:

WITNESS: WYATT, TAM M                                Key: 216763    SSNO:
Title: SSA                           Pay Plan: GS-01811-13            D.O.B.: 08/12/1957
Component: USM                       EOD Date: 08/03/1986        Alien No.:
Misc:                                                           F.B.I.No.:
Home:                                                           B.O.P.No.:
Phone:                               ZIP:                       D/L No.:
Work:                                                               Offenses:
Phone:                               ZIP:

Details:

This investigation was originally opened as an investigative "Initiative" on August 20, 2009
under OIG case number 2009-008466.  The purpose of the Initiative was to inquire into
allegations of Time & Attendance Fraud by Deputy United States Marshals (DUSM) working
overtime at the District of Columbia (D.C.) Superior Court Cell Block.

In furtherance of the inquiry, the OIG looked at the overtime claims for DUSM's at the D.C.
Superior Court Cell Block.  From Fiscal Year (FY) 2004 to present, the OIG found DUSM Kelvin
Barnes had claimed overtime (in addition to regular salary) in excess of 9,000 hours and
DUSM Willard King had claimed (in addition to regular salary) overtime in excess of 7,000
hours. In addition to Barnes and King, the OIG identified other DUSM's that were claiming an
unusually high amount of overtime hours.  However, Barnes and King were the most egregious.

On January 29, 2010, the OIG presented the preliminary results of the inquiry to AUSA Eric
Olshan, Public Integrity Section.  Based on the information presented, AUSA Olshan requested
the OIG to proceed with a full criminal investigation into the alleged overtime fraud by
Barnes, King.

ALLEGATIONS:  003 Time & Attendance Fraud
Occurrence Date:                     TIME:
CITY: Washington                     State: DC                      Zip:

DISPOSITION DATA:  Disposition:   I   Date:  02/01/2010    Approval: MORRISON, GENE E

Referred to Agency:                Date Sent:              Component: USM

Patriot Act: N     Civil Rights:N   Recovery Act:    Component Number:

Sensitive: N     Whistleblower:   N           Consolidated Case Number: